UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-06899-WDK(FMOx) | Date | July 25, 2013 |
|---|---|---|---|
| Title | J & J Sports Productions Inc. v. Seiichi Nakada et al | | |

| Present: The Honorable | William D. Keller, United States District Court Judge |
|---|---|

| Patricia Gomez | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE

    On April 5, 2012, the Court denied plaintiff's motion for summary judgment [42]. On December 19, 2012, the Court denied plaintiff's motion for sanctions without prejudice [54]. Plaintiff has failed to prosecute this case in a timely manner. Within ten (10) days of the date of this Order, plaintiff is to show cause in writing why this matter should not be dismissed for failure to prosecute.

    IT IS SO ORDERED.

                                                                                                           : 

                                                          Initials of Preparer     PG